**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**RANDY LEE SODERSTROM**                                                                   **PLAINTIFF**

**V.**                                                   **NO. 2:10CV108-P-S**

**CORRECTIONAL CORPORATION OF AMERICA, et al.**         **DEFENDANTS**

**ORDER**

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated January 24, 2011, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 16) of the United States Magistrate Judge dated January 24, 2011, is hereby APPROVED and ADOPTED as the opinion of the court;

2) the claims as to Defendants L. Mayberry and B. Collins are DISMISSED with prejudice;

3) the claims as to Defendants John and Jane Does 1-100 are DISMISSED;

4) the Defendants Little P Smith, Looney, Willis and Rucker were voluntarily dismissed; and

5) this matter shall proceed as to the remaining Defendants.

THIS the 14th day of February, 2011.

                                                                       /s/ W. Allen Pepper, Jr.
                                                                       W. ALLEN PEPPER, JR.
                                                                       UNITED STATES DISTRICT JUDGE